## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CATO CORPORATION, a North Carolina Corporation; and DOES 1-10,<br><br>Defendants. | Civil Action No.: 1:18-cv-09537-VSB<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO TRANSFER VENUE |

## ORDER ON JOINT STIPULATION TO TRANSFER VENUE

Pursuant to 28 U.S.C. §1404, based on the stipulation of the parties, the Court hereby finds that a transfer of this action would serve the interest and convenience of the parties and witnesses;

IT IS HEREBY ORDERED this action shall be transferred to the United States District Court for the Western District of North Carolina.

IT IS FURTHER ORDERED that all pretrial deadlines shall be stayed pending the transfer of these claims.

SO ORDERED.

Dated: __January 31____, 2019

*Vernon Broderick*
Vernon S. Broderick
United States District Judge