# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:19-CV-061-FDW-DCK

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CATO CORPORATION, and DOES 1 - 10, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) filed by Patrick B. Horne, concerning Scott Alan Burroughs on February 26, 2019.  Mr. Burroughs seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) is **GRANTED**.  Mr. Burroughs is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: February 26, 2019

David C. Keesler
United States Magistrate Judge